# In The United States Court of Federal Claims

(Electronically filed on December 27, 2004)

Nos. 98-483C, 98-485C,
01-116C, 01-551C

*********************************************
**FLORIDA POWER & LIGHT** *
**COMPANY, DUKE POWER,** *
**a division of DUKE ENERGY CORP.,** *
**NEBRASKA PUBLIC POWER** *
**DISTRICT, PSEG NUCLEAR, L.L.C.**, *
*
Plaintiffs, *
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*********************************************

## <u>Order</u>

On December 15, 2004, defendant filed motions in each captioned case seeking a 30-day enlargement of time, until January 14, 2005, to respond to plaintiffs' responses to the court's October 14, 2004 show cause order. Plaintiffs oppose any enlargement beyond December 23, 2004.

Defendant states that it has been unable to obtain files and engage in consultations needed to prepare its response within the allotted time, during this holiday period, and also due to obligations in related litigation before this court. Also, several of defendant's attorneys have scheduled holiday leave.

Although most of these circumstances did not arise recently, defendant delayed its motion for an enlargement until the response deadline. Accordingly, defendant's motion for a 30-day enlargement of time is denied.

Nevertheless, the court is fully aware that the number and complexity of "spent nuclear fuel" cases before this court has burdened defendant and its counsel's ability to respond timely and fully to the issues raised in plaintiffs' response, particularly during the current holidays. Accordingly, defendant shall file its response to plaintiffs' November 12, 2004 responses on or before January 4, 2005.

s/Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims