# In the United States Court of Federal Claims

No. 98-485C

Filed: February 16, 2005

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

SCHEDULING TELEPHONE CONFERENCE

As discussed during the telephone conference held on February 15, 2005, another telephone conference is scheduled for 2:00 p.m. on Wednesday, February 23, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge