# In the United States Court of Federal Claims

No. 98-485C

Filed: February 15, 2005

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

SCHEDULING TELEPHONE CONFERENCE

---

As discussed during the telephone conference held this date, another telephone conference is scheduled for 2:00 p.m. on Wednesday, February 23, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge