# In the United States Court of Federal Claims

No. 98-485C
Filed: February 23, 2005

DUKE POWER, A Division of
DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

ESTABLISHING FILING DEADLINE

and

SCHEDULING TELEPHONE CONFERENCE

---

As discussed during the telephone conference held this date, on or before March 1, 2005, defendant shall file its response to plaintiff's motion for reconsideration. A follow-up telephone conference is scheduled for 4:00 p.m. on Thursday, March 3, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge