# In the United States Court of Federal Claims

No. 98-485C
Filed: March 3, 2005

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

DEFERRING RULING ON DISPOSITIVE MOTIONS PENDING COMPLETION OF DAMAGES TRIAL

---

As discussed during the telephone conference held this date, resolution of the following motions shall be deferred pending completion of the trial on plaintiff's damages claim: (1) defendant's March 5, 2002, motion for partial summary judgment regarding the rate of spent nuclear fuel acceptance; (2) plaintiff's January 2, 2003, cross-motion for partial summary judgment on the acceptance rate; (3) defendant's November 28, 2001, motion for partial summary judgment regarding plaintiff's "Greater Than Class C radioactive waste" argument; and (4) defendant's February 24, 2004, motion to dismiss Count III of plaintiff's complaint.

s/John P. Wiese
John P. Wiese
Judge