# In the United States Court of Federal Claims

No. 98-485C
Filed: March 7, 2005

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

FORMALIZING DEFENDANT'S ACKNOWLEDGMENT OF LIABILITY FOR PARTIAL BREACH

---

This case was reassigned to the undersigned judge on February 2, 2005. Consistent with that reassignment and in accordance with the telephone conference held on March 3, 2005, this order formalizes defendant's acknowledgment of liability for partial breach of contract resulting from the Department of Energy's failure to commence performance under the Standard Contract by January 31, 1998.

s/John P. Wiese
John P. Wiese
Judge