# In the United States Court of Federal Claims

No. 98-485C

Filed: March 7, 2005

| | |
|---|---|
| DUKE POWER, A Division of DUKE ENERGY CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

REGARDING INITIAL PRETRIAL PROCEDURES

As agreed to by the parties during the telephone conference held on March 3, 2005, on or before July 1, 2005, plaintiff shall provide defendant with a claim letter identifying all costs that plaintiff is seeking to recover in this action. The letter shall be detailed and accompanied by sufficient documentation to assist defendant in the conduct of an audit.

A telephone conference is scheduled for 2:30 p.m. on Thursday, July 21, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge