**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 29, 2005)

| | |
|---|---|
| **DUKE POWER**, A Division of DUKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 98-485C<br>(Senior Judge Wiese) |

**NOTICE OF FEDERAL CIRCUIT ORDER REGARDING PLAINTIFF'S PETITION FOR PERMISSION TO APPEAL**

Plaintiff Duke Power ("Duke"), a division of Duke Energy Corporation, by and through its undersigned counsel, respectfully files this Notice to inform the Court of the Federal Circuit's March 25, 2005 Order ("Federal Circuit Order") on Duke's petition – which was filed jointly with three other spent fuel plaintiffs on February 10, 2005 – for permission to appeal the January 31, 2005 Opinion and Order (Sypolt, J.) in this case concluding that this Court lacked subject matter jurisdiction over Duke's breach-of-contract action and transferring this case to the U.S. Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

On the same day that Duke filed the joint petition for permission to appeal, Duke also filed a motion for reconsideration of the January 31, 2005 Order with this Court. On March 3, 2005, the Court granted Duke's February 10th motion for reconsideration and vacated the January 31st Opinion and Order as it applied to this case. Since the Court's March 3rd decision rendered moot Duke's participation in the joint petition at the Federal Circuit, Duke subsequently filed on March 14, 2005 an unopposed motion at the Federal Circuit to voluntarily withdraw

from the joint petition for permission to appeal. The Federal Circuit Order granted Duke's unopposed motion, and removed Duke's name from the caption of the joint petition. A copy of the order is attached electronically to this Notice at Tab A.

Dated: March 29, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Duke Power, A Division of
Duke Energy Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)