# In the United States Court of Federal Claims

No. 98-485C
Filed: June 2, 2005

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT

---

Based upon a review of plaintiff's May 27, 2005, unopposed motion for an enlargement of time and as discussed during the telephone conference held this date, it is hereby ORDERED:

1. The time within which plaintiff shall provide defendant with a claim letter identifying all costs that plaintiff is seeking to recover in this action is extended to October 13, 2005. The threshold for the documentation of expenses that plaintiff is to submit along with its claim letter shall be $10,000. Such threshold amount shall be without prejudice to defendant's right for audit purposes to request documentation of claimed expenses of less than $10,000.

2. The telephone conference currently scheduled for July 21, 2005, is rescheduled for Thursday, October 27, 2005, at 2:30 p.m. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge