IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DUKE POWER, A Division of DUKE ENERGY CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-485C |
| | ) | (Senior Judge Wiese) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant, the United States, respectfully requests that the Court reschedule a telephonic status conference that is currently scheduled to take place on Thursday, October 27, 2005. For the reasons discussed below, the United States requests that the status conference be rescheduled for the week of November 14, 2005. Counsel for plaintiff, Duke Power Company ("Duke"), does not object to this request, which is our first such request in this case.

We are requesting additional time so that the Government may adequately analyze Duke's claim prior to discussing a schedule in this matter. Duke submitted its claim in this matter on October 13, 2005. While the Government has begun to analyze Duke's claim, which consists of several expert reports accompanied by voluminous supporting material, a meaningful analysis will require more time than the 14 days originally contemplated when the Court scheduled this matter.

Unfortunately, the press of other matters has prevented undersigned counsel, as well as others who are working for the

Government on the spent nuclear fuel cases, from adequately reviewing Duke’s claim. Since receiving Duke's claim, undersigned counsel has been required to devote the majority of his time dealing with discovery matters in Wisconsin Electric Power Company v. United States, Fed. Cl. No. 00-697C (Senior Judge Merow), another spent nuclear fuel case which is currently scheduled to go to trial in July 2006. Additionally, undersigned counsel, as well as other Government attorneys, experts, and support staff, have spent time in September and October preparing the Government’s post-trial filings in Sacramento Municipal Utility District v. United States, Fed. Cl. No. 98-488C (Judge Braden). Moreover, other Government attorneys, experts, consultants, and support staff who could assist in the analysis of Duke’s claim are currently engaged in the spent nuclear fuel trial that is currently taking place in Southern Nuclear Operating Company; Alabama Power Company; and Georgia Power Company v. United States, Fed. Cl. No. 98-641C (Senior Judge Merow).

Accordingly, for the foregoing reasons, we respectfully request that the status conference currently scheduled for October 27, 2005, be rescheduled for the week of November 14, 2005.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of October 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis