# In the United States Court of Federal Claims

No. 98-485C
Filed: October 25, 2005

DUKE POWER, A Division of
DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
EXPERT REPORTS UNDER SEAL

---

Plaintiff's October 13, 2005, motion for leave to file expert reports under seal is GRANTED. Plaintiff may file these reports electronically. The expert reports, titled (1) Assessment of Damages, Duke Energy Corporation's Spent Nuclear Fuel Claim; (2) Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate; and (3) Expert Report Regarding Spent Nuclear Fuel Acceptance Rights for Duke Energy Corporation's Nuclear Power Plants, shall constitute plaintiff's response to the court's June 2, 2005, order directing plaintiff to file a "claim letter" identifying all costs that plaintiff is seeking to recover in this action. The filing of these expert reports shall be without prejudice to defendant's right at trial to challenge the qualifications of the experts and the admissibility of their testimony

s/John P. Wiese
John P. Wiese
Judge