# In the United States Court of Federal Claims

No. 98-485C
Filed: October 27, 2005

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

RESCHEDULING TELEPHONE CONFERENCE

---

The telephone conference currently scheduled for October 27, 2005, has been rescheduled and will be held at 2:30 p.m. on Thursday, November 17, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge