# In the United States Court of Federal Claims

No. 98-485C
Filed: November 17, 2005

| | |
|---|---|
| DUKE POWER, A Division of DUKE ENERGY CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING DEADLINE

As discussed during the telephone conference held this date, on or before February 1, 2006, the parties shall contact the court to schedule a follow-up status conference.

s/John P. Wiese
John P. Wiese
Judge