# In the United States Court of Federal Claims

No. 98-485C
Filed: January 8, 2007

DUKE POWER, A Division of DUKE ENERGY CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

ESTABLISHING DEADLINE

---

On or before February 2, 2007, the parties shall contact the court to schedule a follow-up status conference.

s/John P. Wiese
John P. Wiese
Judge