# In the United States Court of Federal Claims

No. 98-485C
Filed: February 27, 2007

| | |
|---|---|
| DUKE POWER, A Division of DUKE ENERGY CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

CANCELING STATUS CONFERENCE

As requested by the parties, the status conference scheduled for this date has been canceled. On or before March 13, 2007, the parties shall contact the court to reschedule the status conference.

s/John P. Wiese
John P. Wiese
Judge