**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 13, 2007)

| | | |
|---|---|---|
| **DUKE POWER, A Division of DUKE ENERGY CORPORATION,** Plaintiff, | ) | |
| vs. | ) | No. 98-485C (Judge Wiese) |
| **THE UNITED STATES,** Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, Plaintiff Duke Power, A Division of Duke Energy Corporation ("Duke"), hereby dismisses this action, with prejudice, by stipulation of the parties, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 13, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Duke Power, A Division of
Duke Energy Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN**
2300 N Street, N.W.
Washington, DC 20037
(202) 663-8000

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: 8th Floor Classification Unit
Washington, D.C. 20530

Attorneys for Defendant

*Of Counsel:*
JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585