# In the United States Court of Federal Claims

No. 98-485C
Filed: July 25, 2007

| | |
|---|---|
| DUKE POWER, A Division of DUKE ENERGY CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

RETURNING MOTION TO INTERVENE

This case was resolved by a settlement between the parties on March 13, 2007. On April 19, 2007, plaintiff, a pro se litigant, moved to intervene in the litigation. By order of May 8, 2007, the court returned unfiled Mr. Peterson's motion to intervene and his accompanying submissions.

On July 23, 2007, plaintiff once again moved the court for leave to intervene in this action. For the same reasons given in the May 8, 2007, order, the court hereby directs the clerk to return unfiled Mr. Peterson's motion to intervene along with a paper copy of this order.

s/John P. Wiese
John P. Wiese
Judge